**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Deidre Lee Patterson a/k/a Deidre Lee Shaffer a/k/a Deidre S. Patterson | CHAPTER 13 |
| Debtor(s) | BKY. NO. 22-11464 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                  Respectfully submitted,

                  /s/ Rebecca Solarz
                  Rebecca Solarz
                  28 Jul 2022, 11:18:02, EDT

                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 627-1322