Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-11464-PMM**

Deidre Lee Patterson  
927 Vernon Street  
Bethlehem  PA    18015

Petition Filed Date: 06/06/2022  
341 Hearing Date: 07/26/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS |

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $176.79 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $766.45 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $616.87 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | MERRICK BANK »» 004 | Unsecured Creditors | $1,147.55 | $0.00 | $0.00 |
| 5 | AMERICAN INFOSOURCE LP »» 005 | Unsecured Creditors | $3,378.09 | $0.00 | $0.00 |
| 6 | AMERICAN INFOSOURCE LP »» 006 | Unsecured Creditors | $2,473.24 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $337.07 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $794.07 | $0.00 | $0.00 |
| 9 | PHH MORTGAGE CORPORATION »» 009 | Mortgage Arrears | $76,131.10 | $0.00 | $0.00 |
| 10 | BETHLEHEM AREA SCHOOL DISTRICT »» 010 | Secured Creditors | $9,687.34 | $0.00 | $0.00 |
| 11 | CITY OF BETHLEHEM »» 011 | Unsecured Creditors | $1,732.96 | $0.00 | $0.00 |
| 12 | CITY OF BETHLEHEM »» 012 | Secured Creditors | $2,773.36 | $0.00 | $0.00 |
| 13 | CITY OF BETHLEHEM »» 013 | Secured Creditors | $2,416.98 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11464-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $5,000.00 |
| Paid to Claims: | $0.00 | Arrearages: | $5,000.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $300,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.