**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    DEIDRE LEE PATTERSON AKA DEIDRE LEE SHAFFER AKA DEIDRE S. PATTERSON<br>    *Debtor*<br>AMBER MURPHY, CRYSTAL MURPHY AND DYLAN MURPHY<br>    *Movant*<br><br>    vs.<br>DEIDRE LEE PATTERSON AKA DEIDRE LEE SHAFFER AKA DEIDRE S. PATTERSON<br>    *Debtor/Respondent*<br>    and<br>SCOTT F. WATERMAN, Esquire,<br>    *Trustee/Respondent* | Bankruptcy No. 22-11464-pmm<br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST**

TO THE CLERK, U.S. BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

    PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of Amber Murphy, Crystal Murphy and Dylan Murphy ("Murphy Creditors"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Sarah K. McCaffery, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

    Respectfully Submitted,

Date: September 9, 2022

    /s/ Sarah K. McCaffery, Esquire
    Sarah K. McCaffery, Esquire
    HLADIK, ONORATO & FEDERMAN, LLP
    298 Wissahickon Avenue
    North Wales, PA 19454
    (215) 855-9521
    smccaffery@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>　　DEIDRE LEE PATTERSON AKA DEIDRE LEE SHAFFER AKA DEIDRE S. PATTERSON<br>　　　　*Debtor*<br>　　　　*Debtor*<br>AMBER MURPHY, CRYSTAL MURPHY AND DYLAN MURPHY<br>　　　　*Movant*<br><br>　　　　vs.<br>DEIDRE LEE PATTERSON AKA DEIDRE LEE SHAFFER AKA DEIDRE S. PATTERSON<br>　　　　*Debtor/Respondent*<br>　　and<br>　　and<br>　SCOTT F. WATERMAN, Esquire<br>　　　　*Trustee/Respondent* | Bankruptcy No. 22-11464-pmm<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused to be served true and correct copies of the Entry of Appearance at the respective last known address of each person set forth below on September 9, 2022.

| | |
|---|---|
| Charles Laputka, Esquire<br>Via Electronic Filing<br>*Attorney for Debtor*<br><br>Scott F. Waterman, Esquire<br>Via Electronic Filing<br>*Trustee* | Deidre Lee Patterson aka Deidre Lee Shaffer aka Deidre S. Patterson<br>927 Vernon Street<br>Bethlehem, PA 18015<br>*Debtor* |

Date: September 9, 2022

　　　　　　　　　　　　　　　　　　　/s/ Sarah K. McCaffery, Esquire
　　　　　　　　　　　　　　　　　　Sarah K. McCaffery, Esquire
　　　　　　　　　　　　　　　　　　HLADIK, ONORATO & FEDERMAN, LLP
　　　　　　　　　　　　　　　　　　298 Wissahickon Avenue
　　　　　　　　　　　　　　　　　　North Wales, PA 19454
　　　　　　　　　　　　　　　　　　(215) 855-9521
　　　　　　　　　　　　　　　　　　smccaffery@hoflawgroup.com