UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Deidre Lee Patterson<br><br>    Debtor | Chapter 13<br>Bankruptcy No.22-11464-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 4th day of October, 2022, by first class mail upon those listed below:

Deidre Lee Patterson
927 Vernon Street
Bethlehem, PA  18015

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

                                                 */s/ Kristen Gliem*
                                                 Kristen Gliem
                                                 for
                                                 Scott F. Waterman, Esquire
                                                 Standing Chapter 13 Trustee