# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>DEIDRE LEE PATTERSON aka Deidre Lee Shaffer aka Deidre S. Patterson | Case No. 22-11464-pmm |
| Nationstar Mortgage LLC,<br>    Movant<br><br>vs.<br><br>DEIDRE LEE PATTERSON aka Deidre Lee Shaffer aka Deidre S. Patterson ,<br>    Debtor | Chapter 13 |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN

Nationstar Mortgage LLC ("Movant"), by and through its legal counsel, hereby withdraws its OBJECTION TO CONFIRMATION OF PLAN filed August 4, 2022, Document Number 23.

> */s/Andrew Spivack*
> Andrew Spivack, PA Bar No. 84439
> Matt Fissel, PA Bar No. 314567
> Mario Hanyon, PA Bar No. 203993
> Ryan Starks, PA Bar No. 330002
> Jay Jones, PA Bar No. 86657
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 8757 Red Oak Boulevard, Suite 150
> Charlotte, NC 28217
> Telephone: (844) 856-6646
> Facsimile: (704) 369-0760
> E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE:<br>DEIDRE LEE PATTERSON aka Deidre Lee Shaffer aka Deidre S. Patterson | Case No. 22-11464-pmm<br><br>Chapter 13 |
| Nationstar Mortgage LLC,<br>     Movant | |
| vs. | |
| DEIDRE LEE PATTERSON aka Deidre Lee Shaffer aka Deidre S. Patterson ,<br>     Debtor | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection To Confirmation Of Debtor's Chapter 13 Plan has been electronically served or mailed, postage prepaid on October 24, 2022 to the following:

DEIDRE LEE PATTERSON
927 VERNON STREET
BETHLEHEM, PA 18015

Laputka Law Office
1344 W HAMILTON ST
ALLENTOWN, PA 18102

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

<u>October 25, 2022</u>

<u>*/s/Andrew Spivack*</u>
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com