IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
| --- | --- |
| Deidre Lee Patterson<br>aka Deidre Lee Shaffer<br>aka Deidre S. Patterson | Bankruptcy No. 22-11464-pmm<br><br>Chapter 13 |
| Debtor | |
| Amber Murphy<br>Crystal Murphy<br>Dylan Murphy | |
| Movants | |
| vs. | |
| Deidre Lee Patterson<br>aka Deidre Lee Shaffer<br>aka Deidre S. Patterson | |
| Debtor/Respondent | |
| and | |
| Scott F. Waterman, Esquire, | |
| Trustee/Respondent | |

**CERTIFICATION OF SERVICE
OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    I, Sarah K. McCaffery, attorney for the Movants, Amber Murphy, Crystal Murphy and Dylan Murphy, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **12/02/2022** upon the following:

Charles Laputka Esquire
Via ECF
*Attorney for Debtor*

Scott F. Waterman, Esquire
Via ECF
*Trustee*

Deidre Lee Patterson
aka Deidre Lee Shaffer
aka Deidre S. Patterson
927 Vernon Street
Bethlehem, PA 18015
Via First Class Mail
*Debtor*

Respectfully Submitted,

Date: 12/02/2022

/s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire, PAID# 311728
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121