IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| Deidre Lee Patterson<br>aka Deidre Lee Shaffer<br>aka Deidre S. Patterson | Bankruptcy No. 22-11464-pmm<br><br>Chapter 13 |
| Debtor | |
| Amber Murphy<br>Crystal Murphy<br>Dylan Murphy | |
| Movants | |
| vs. | |
| Deidre Lee Patterson<br>aka Deidre Lee Shaffer<br>aka Deidre S. Patterson | |
| Debtor/Respondent | |
| and | |
| Scott F. Waterman, Esquire, | |
| Trustee/Respondent | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Amber Murphy, Crystal Murphy and Dylan Murphy have filed with the U.S. Bankruptcy Court a Motion for Relief from Stay regarding their rights under the judgment with respect to the properties located at 925 Vernon Street, Bethlehem, PA 18015, 927 Vernon Street, Bethlehem, PA 18015, 928 Vernon Street, Bethlehem, PA 18015, 930 Vernon Street, Bethlehem, PA 18015, 934 Vernon Street, Bethlehem, PA 18015 and 936 Vernon Street, Bethlehem, PA 18015.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **12/19/2022,** you or your attorney must do <u>all</u> of the following things:

(a) **FILE AN ANSWER** explaining your position at:

United States Bankruptcy Court
201 Penn Street
Suite 103
Reading, PA 19601

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail is early enough so that it will be received on or before the date stated above; **and**

      (b) **MAIL A COPY** of the documents to the Movant's attorney:

Sarah K. McCaffery, Esq.
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Tel: (215) 855-9521
smccaffery@hoflawgroup.com

      2.     If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.     A **HEARING ON THE MOTION** is scheduled to be held before the Hon. Patricia M. Mayer on **January 3, 2023** at **10:00 AM** in Bankruptcy Courtroom, United States Bankruptcy Court, 201 Penn Street, Reading, PA 19601.

      4.     If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.     You may contact the Bankruptcy Court Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

                                                                                   Respectfully Submitted,

Date: 12/02/2022                                                     /s/ Sarah K. McCaffery, Esquire
                                                                        Sarah K. McCaffery, Esquire, PAID# 311728
                                                                        Hladik, Onorato & Federman, LLP
                                                                        298 Wissahickon Avenue
                                                                        North Wales, PA 19454
                                                                        Phone 215-855-9521
                                                                        Fax 215-855-9121