## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>DEIDRE LEE PATTERSON<br>　　Debtor | Case No. 22-11464-pmm |
| | Chapter 13 |
| WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE TO THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-B<br>　　Movant | |
| vs.<br>DEIDRE LEE PATTERSON<br>　　Respondent | 11 U.S.C. §362 |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2006-B (hereinafter "Movant") has filed a Motion for Relief from the Automatic Stay with the Court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　1.　　If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **12/27/2022** you or your attorney must do all of the following:

　　　　(a)　file an answer explaining your position at:

　　　　　　Clerk's Office, U.S. Bankruptcy Court
　　　　　　Eastern District of Pennsylvania
　　　　　　The Gateway Building
　　　　　　201 Penn Street, Suite 103
　　　　　　Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)  mail a copy to the Movant's attorney:

          Brock and Scott, PLLC
          8757 Red Oak Boulevard, Suite 150
          Charlotte, NC 28217

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **01/03/2023** at **10:00 am**, in Courtroom 4th floor, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601.

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office in Reading at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Dated:  **December 5, 2022**



PHH Mortgage Services  Tel 877-688-7116
PO Box 24605  Fax 856-917-8003
West Palm Beach, FL 33416

## **IMPORTANT NOTICE**

Upon written request, PHH Mortgage Services will provide the following information regarding the subject loan:
* A copy of the payment history through the date the account was last less than 60 days past due.
* A copy of the note.
* If foreclosure has been commenced or a POC has been filed, copies of any assignments of mortgage or deed of trust required to demonstrate the right to foreclose on the borrower's note under applicable state laws.
* The name of the investor that holds the loan.

Requests for this information/documentation can be sent to us at the following address:

PHH Mortgage Services
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416

This notice is being provided for informational and compliance purposes only. It is not an attempt to collect a debt.