**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| **In Re:** | : |
| **DEIDRE LEE PATTERSON,** | :   **Bankruptcy No. 22-11464-pmm** |
|     **Debtor** | :   **Chapter 13** |
| **Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2006-B** | : |
|     **Movant** | : |
| | : |
|     **v.** | : |
| **DEIDRE LEE PATTERSON** | :   **11 U.S.C. §362** |
|     **and** | |
| **SCOTT F. WATERMAN, ESQUIRE (TRUSTEE)** | |
| | |
|     **Respondent(s)** | : |

**CERTIFICATION OF NO ANSWER REGARDING WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE TO THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-B'S MOTION FOR RELIEF FROM STAY (DE 44)**

The undersigned hereby certifies that, as of December 27, 2022, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before December 5, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  December 28, 2022

Respectfully submitted,
Brock & Scott, PLLC
*/s/ Matt Fissel*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | | |
|---|---|---|
| In Re: | : | |
| **DEIDRE LEE PATTERSON,** | : | **Bankruptcy No. 22-11464-pmm** |
| Debtor | : | **Chapter 13** |
| **Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2006-B** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| **DEIDRE LEE PATTERSON** | : | **11 U.S.C. §362** |
| and | | |
| **SCOTT F. WATERMAN, ESQUIRE (TRUSTEE)** | | |
| Respondent(s) | : | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on December 29, 2022 to the following:

DEIDRE LEE PATTERSON
927 VERNON STREET
BETHLEHEM, PA 18015

CHARLES LAPUTKA, Debtor's Attorney
1344 W. Hamilton St
Allentown, PA 18102
claputka@laputkalaw.com

SCOTT F. WATERMAN, Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

*/s/ Matt Fissel*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com