IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| Deidre Lee Patterson<br>aka Deidre Lee Shaffer<br>aka Deidre S. Patterson | Bankruptcy No. 22-11464-pmm<br><br>Chapter 13 |
| Debtor | |
| Amber Murphy<br>Crystal Murphy<br>Dylan Murphy | |
| Movants | |
| vs. | |
| Deidre Lee Patterson<br>aka Deidre Lee Shaffer<br>aka Deidre S. Patterson | |
| Debtor/Respondent | |
| and | |
| Scott F. Waterman, Esquire, | |
| Trustee/Respondent | |

**CERTIFICATION OF NO ANSWER OR RESPONSE
TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

    I, Sarah K. McCaffery, counsel for Amber Murphy, Crystal Murphy and Dylan Murphy ("Movants"), hereby certify that no answer, objection, or other response to the Motion for Relief from Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code, has been filed with the Court or served upon undersigned counsel.

    WHEREFORE, Movant prays this Honorable Court grants the Motion.

                                  Respectfully Submitted,

Date:  12/30/2022                    /s/ Sarah K. McCaffery, Esquire
                                            Sarah K. McCaffery, Esquire
                                            Hladik, Onorato & Federman, LLP
                                            Attorney I.D. # 311728
                                            298 Wissahickon Avenue
                                            North Wales, PA 19454
                                            Phone 215-855-9521
                                            Fax 215-855-9121

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| Deidre Lee Patterson aka Deidre Lee Shaffer aka Deidre S. Patterson | Bankruptcy No. 22-11464-pmm Chapter 13 |
| Debtor | |
| Amber Murphy Crystal Murphy Dylan Murphy | |
| Movants | |
| vs. | |
| Deidre Lee Patterson aka Deidre Lee Shaffer aka Deidre S. Patterson | |
| Debtor/Respondent | |
| and | |
| Scott F. Waterman, Esquire, | |
| Trustee/Respondent | |

**CERTIFICATE OF SERVICE OF
CERTIFICATION OF NO ANSWER OR RESPONSE**

I, Sarah K. McCaffery, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion for Relief, on the parties at the addresses shown on the date set forth below. The types of service made on the parties were: Electronic Notification and/ or First Class Mail, as noted below:

Charles Laputka, Esquire
Via ECF
*Attorney for Debtor*

Scott F. Waterman, Esquire
Via ECF
*Trustee*

Deidre Lee Patterson
aka Deidre Lee Shaffer
aka Deidre S. Patterson
927 Vernon Street
Bethlehem, PA 18015
Via First Class Mail
*Debtor*

Respectfully Submitted,

Date: 12/30/2022

/s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121