IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| Deidre Lee Patterson aka Deidre Lee Shaffer aka Deidre S. Patterson | Bankruptcy No. 22-11464-pmm Chapter 13 |
| Debtor | |
| Amber Murphy Crystal Murphy Dylan Murphy | |
| Movants | |
| vs. | |
| Deidre Lee Patterson aka Deidre Lee Shaffer aka Deidre S. Patterson | |
| Debtor/Respondent | |
| and | |
| Scott F. Waterman, Esquire, | |
| Trustee/Respondent | |

**ORDER**

AND NOW, this  3rd  day of  January, 2023 , ~~2022~~, upon the Motion of Movants, Amber Murphy, Crystal Murphy and Dylan Murphy, it is:

ORDERED AND DECREED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the premises, 925 Vernon Street, Bethlehem, PA 18015, 927 Vernon Street, Bethlehem, PA 18015, 928 Vernon Street, Bethlehem, PA 18015, 930 Vernon Street, Bethlehem, PA 18015, 934 Vernon Street, Bethlehem, PA 18015 and 936 Vernon Street, Bethlehem, PA 18015 as more fully set forth in the Judgment attached to said mortgage, to allow Movant or its successors, if any, to exercise its rights under the Constructive Trust.

*Patricia M. Mayer*
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge