United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11464-pmm |
| Deidre Lee Patterson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deidre Lee Patterson, 927 Vernon Street, Bethlehem, PA 18015-2922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 05, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |
| | on behalf of Creditor WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE TO THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORT andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | |
| | on behalf of Debtor Deidre Lee Patterson claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES GRIFFIN WOHLRAB | |
| | on behalf of Creditor US Bank Trust National Association cwohlrab@raslg.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Bethlehem Area School District and City of Bethlehem jwood@portnoffonline.com jwood@ecf.inforuptcy.com

MARIO J. HANYON
    on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank  N.A., as Trustee for the benefit of the Certificate holders of Popular ABS, Inc. Mor wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMor wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
    on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank  N.A., as Trustee for the benefit of the Certificate holders of Popular ABS, Inc. Mor wbecf@brockandscott.com, matthew.fissel@brockandscott.com

SARAH K. MCCAFFERY
    on behalf of Creditor AMBER MURPHY  CRYSTAL MURPHY AND DYLAN MURPHY ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
| --- | --- |
| Deidre Lee Patterson<br>aka Deidre Lee Shaffer<br>aka Deidre S. Patterson | Bankruptcy No. 22-11464-pmm<br><br>Chapter 13 |
| Debtor | |
| Amber Murphy<br>Crystal Murphy<br>Dylan Murphy | |
| Movants | |
| vs. | |
| Deidre Lee Patterson<br>aka Deidre Lee Shaffer<br>aka Deidre S. Patterson | |
| Debtor/Respondent | |
| and | |
| Scott F. Waterman, Esquire, | |
| Trustee/Respondent | |

**ORDER**

AND NOW, this  3rd  day of  January, 2023 , ~~2022~~, upon the Motion of Movants, Amber Murphy, Crystal Murphy and Dylan Murphy, it is:

ORDERED AND DECREED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the premises, 925 Vernon Street, Bethlehem, PA 18015, 927 Vernon Street, Bethlehem, PA 18015, 928 Vernon Street, Bethlehem, PA 18015, 930 Vernon Street, Bethlehem, PA 18015, 934 Vernon Street, Bethlehem, PA 18015 and 936 Vernon Street, Bethlehem, PA 18015 as more fully set forth in the Judgment attached to said mortgage, to allow Movant or its successors, if any, to exercise its rights under the Constructive Trust.

_/s/ Patricia M. Mayer_
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge