United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-11464-pmm

Deidre Lee Patterson                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Wilmington Trust Company as successor trustee to T, One Mortgage Way, Mount Laurel, NJ 08054-4637 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2023                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE TO THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK  N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORT andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Deidre Lee Patterson claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor US Bank Trust National Association cwohlrab@raslg.com |

District/off: 0313-4                                    User: admin                                         Page 2 of 2
Date Rcvd: Jan 03, 2023                          Form ID: pdf900                                  Total Noticed: 1

CHARLES GRIFFIN WOHLRAB
                    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2
                    Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

JAMES RANDOLPH WOOD
                    on behalf of Creditor Bethlehem Area School District and City of Bethlehem jwood@portnoffonline.com
                    jwood@ecf.inforuptcy.com

MARIO J. HANYON
                    on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for
                    JPMorgan Chase Bank  N.A., as Trustee for the benefit of the Certificate holders of Popular ABS, Inc. Mor
                    wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
                    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARIO J. HANYON
                    on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMor
                    wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
                    on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for
                    JPMorgan Chase Bank  N.A., as Trustee for the benefit of the Certificate holders of Popular ABS, Inc. Mor
                    wbecf@brockandscott.com, matthew.fissel@brockandscott.com

SARAH K. MCCAFFERY
                    on behalf of Creditor AMBER MURPHY  CRYSTAL MURPHY AND DYLAN MURPHY ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>DEIDRE LEE PATTERSON<br>    Debtor | Case No. 22-11464-pmm |
| | Chapter 13 |
| WILMINGTON TRUST COMPANY AS<br>SUCCESSOR TRUSTEE TO THE BANK OF<br>NEW YORK AS SUCCESSOR TRUSTEE FOR<br>JPMORGAN CHASE BANK, N.A., AS TRUSTEE<br>FOR THE BENEFIT OF THE<br>CERTIFICATEHOLDERS OF POPULAR ABS,<br>INC. MORTGAGE PASS-THROUGH<br>CERTIFICATES SERIES 2006-B<br>    Movant | |
| vs.<br>DEIDRE LEE PATTERSON<br>    Respondent | 11 U.S.C. §362 |

### ORDER MODIFYING §362 AUTOMATIC STAY

    **AND NOW**, this 3rd day of January, 20 23, at **READING**, upon Motion of Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2006-B (Movant), it is:

    **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 934 -936 Vernon Street, Bethlehem, Pennsylvania 18015 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to permit Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_Patricia M. Mayer_
_____
Patricia M. Mayer
BANKRUPTCY JUDGE