United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11464-pmm |
| Deidre Lee Patterson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Jan 06, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deidre Lee Patterson, 927 Vernon Street, Bethlehem, PA 18015-2922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:

**Name**       **Email Address**

ANDREW L. SPIVACK
     on behalf of Creditor WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE TO THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORT andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHARLES LAPUTKA
     on behalf of Debtor Deidre Lee Patterson claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor US Bank Trust National Association cwohlrab@raslg.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Bethlehem Area School District and City of Bethlehem jwood@portnoffonline.com jwood@ecf.inforuptcy.com

MARIO J. HANYON
    on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank  N.A., as Trustee for the benefit of the Certificate holders of Popular ABS, Inc. Mor wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMor wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
    on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank  N.A., as Trustee for the benefit of the Certificate holders of Popular ABS, Inc. Mor wbecf@brockandscott.com, matthew.fissel@brockandscott.com

SARAH K. MCCAFFERY
    on behalf of Creditor AMBER MURPHY  CRYSTAL MURPHY AND DYLAN MURPHY ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:<br>DEIDRE LEE PATTERSON<br>    Debtor | Case No. 22-11464-pmm |
| WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE TO THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-B<br>    Movant<br><br>vs.<br>DEIDRE LEE PATTERSON<br>    Respondent | Chapter 13<br><br><br><br><br><br><br><br><br>11 U.S.C. §362 |

**ORDER MODIFYING §362 AUTOMATIC STAY**

     **AND NOW**, this ___3rd___ day of ___January___, 20_23_, at **READING**, upon Motion of Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2006-B (Movant), it is:

     **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

     **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 934 -936 Vernon Street, Bethlehem, Pennsylvania 18015 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to permit Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

     **ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

     **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*Patricia M. Mayer*
_____
Patricia M. Mayer
BANKRUPTCY JUDGE