United States Bankruptcy Court

Eastern District of Pennsylvania

In re:      Case No. 22-11464-pmm

Deidre Lee Patterson      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4

Date Rcvd: Jan 12, 2023     Form ID: pdf900     Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deidre Lee Patterson, 927 Vernon Street, Bethlehem, PA 18015-2922 |
| cr | + | Bethlehem Area School District and City of Bethleh, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | | US Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 6049 Congress Avenue suite 100, Bocca Raton, FL 33487 |
| cr | + | Wilmington Trust Company as successor trustee to T, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 14720000 | + | AMBER MURPHY, CRYSTAL MURPHY AND DYLAN MURPHY, Sarah K. McCaffery, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454 smccaffery@hoflawgroup.com 19454-4156 |
| 14720441 | + | AMBER MURPHY, CRYSTAL MURPHY AND DYLAN MURPHY, C/O SARAH K. MCCAFFERY, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14696252 | + | Andrew Theyken Bench, Esquire, 131 N 8th St - Apt 2, Allentown, PA 18101-1252 |
| 14708925 | + | Bethlehem Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14708928 | + | Bethlehem Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14709135 | + | Bethlehem Area School District, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14696254 | + | Bethlehem Area School District, 1516 Sycamore Street, Bethlehem, PA 18017-6099 |
| 14696255 | + | Budget Store & Lock Self Storage, 2178 Industrial Dr, Bethlehem, PA 18017-2145 |
| 14708929 | + | City of Bethlehem, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14709136 | + | City of Bethlehem, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14696257 | + | City of Bethlehem, c/o Portnoff Law Associates LTD, PO Box 3020, Norristown, PA 19404-3020 |
| 14696258 | + | City of Bethlehem, 10 East Church Street, Bethlehem, PA 18018-6028 |
| 14696260 | + | Crystal Kunkle, 927 Vernon Street, Bethlehem, PA 18015-2922 |
| 14696261 | + | Crystal Murphy, Dylan Murphy, Amber Murphy, c/o Loren Speziale, Esq, 33 S Seventh St, Allentown, PA 18101-2436 |
| 14696262 | + | Equiant Financial Services, 500 N Juniper Dr - Ste 100, Chandler, AZ 85226-2525 |
| 14696263 | + | Estate of Wilmer Shaffer, 927 Vernon Street, Bethlehem, PA 18015-2922 |
| 14696265 | + | Justin Kennybrew & Melanie Richards, 930 Vernon Steet, Bethlehem, PA 18015-2923 |
| 14696267 | | Nationstar Mortgage, PO Box 199111, Dallas, TX 75219-9111 |
| 14709434 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14696269 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, PEOPLE'S FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LANE, Allentown, PA 18103 |
| 14696268 | + | Pedro & Beverly Cintron, 934 Vernon Street, Bethlehem, PA 18015-2923 |
| 14696271 | + | Portnoff Law Associates Ltd, P.O. Box 3020, Norristown, PA 19404-3020 |
| 14696273 | + | RAS Citron LLC, Shanney Myers, Esquire, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 14696276 | | Robert & Deborah Mills, 936 Vernon Street, Allentown, PA 18105 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 13 2023 00:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |

Case 22-11464-pmm    Doc 59    Filed 01/14/23    Entered 01/15/23 00:32:25    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: pdf900 | Total Noticed: 62 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2023 00:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2023 00:35:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 13 2023 00:35:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14696253 | + | Email/Text: bknotices@totalcardinc.com | Jan 13 2023 00:35:00 | Bank of Missouri/Total Card, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14696256 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 00:36:50 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14701097 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2023 00:36:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14701429 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 00:36:11 | Capital One Bank (USA), N.A. by American InfoSourc, PO Box 71083, Charlotte NC 28272-1083 |
| 14696259 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 00:35:00 | ComenityBank/JessLondn, PO Box 182789, Columbus, OH 43218-2789 |
| 14696264 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 13 2023 00:36:51 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14701428 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 13 2023 00:35:00 | Jefferson Capital Systems LLC, PO BOX 772813, Chicago IL 60677-2813 |
| 14696266 | ^ | MEBN | Jan 13 2023 00:25:03 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14697163 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 00:36:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699663 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 13 2023 00:36:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14699564 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2023 00:35:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14713558 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2023 00:35:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14709326 | ^ | MEBN | Jan 13 2023 00:25:04 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14713738 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2023 00:35:00 | Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14699563 | + | Email/Text: EBN@brockandscott.com | Jan 13 2023 00:35:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14699738 | + | Email/Text: EBN@brockandscott.com | Jan 13 2023 00:35:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14705492 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 13 2023 00:35:00 | PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14703508 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 13 2023 00:35:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14705613 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 13 2023 00:35:00 | PHH Mortgage Services, Mailstop SBRP, P.O. Box 5469, Mount Laurel, NJ 08054-5469 |
| 14696270 | | Email/Text: BKEBN-Notifications@ocwen.com | | |

Case 22-11464-pmm   Doc 59   Filed 01/14/23   Entered 01/15/23 00:32:25   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: pdf900 | Total Noticed: 62 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 13 2023 00:35:00 | PHH Mortgage Services, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 14713376 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2023 00:36:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14701161 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 13 2023 00:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14696274 | + | Email/Text: RASEBN@raslg.com | Jan 13 2023 00:35:00 | RAS Crane & Partners LLC, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| 14735719 | + | Email/Text: RASEBN@raslg.com | Jan 13 2023 00:35:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14711893 | | Email/Text: bankruptcy@springoakscapital.com | Jan 13 2023 00:35:00 | Spring Oaks Capital SPV, LLC, P O Box 1216, Chesapeake, VA 23327-1216 |
| 14696277 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 13 2023 00:35:00 | TBOM/ATLS/Aspire, 5 Concourse Pkwy - Ste 400, Atlanta, GA 30328-9114 |
| 14722173 | + | Email/Text: bkteam@selenefinance.com | Jan 13 2023 00:35:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14736031 | + | Email/Text: RASEBN@raslg.com | Jan 13 2023 00:35:00 | U.S. Bank Trust National Association,not in indiv, c/o Robertson, Anschutz,Schneid,Crane&Pa, 130 Clinton Rd #202, Fairfield,NJ 07004-2927 |
| 14703507 | + | Email/Text: EBN@brockandscott.com | Jan 13 2023 00:35:00 | Wilmington Trust Company as successor trustee to T, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14703616 | + | Email/Text: EBN@brockandscott.com | Jan 13 2023 00:35:00 | Wilmington Trust Company as successor trustee to T, c/o Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14703510 | | *CID1011530* *DID200399*, BarNumber:84439 |
| 14703509 | | 22-11119 BKPOC01 |
| 14696272 | | Randy Simpson, Address Unknown |
| 14696278 | | Wilmington Trust Company |
| 14708926 | *+ | City of Bethlehem, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14701515 | * | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |
| 14699739 | *+ | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14703617 | *+ | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14713485 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14696275 | ##+ | Rebecca Berger & Patrick Simmons, 575 Furnance Street, Emmaus, PA 18049-3839 |

TOTAL: 4 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE TO THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORT andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Deidre Lee Patterson claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor US Bank Trust National Association cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Bethlehem Area School District and City of Bethlehem jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MARIO J. HANYON | on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMor wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank N.A., as Trustee for the benefit of the Certificate holders of Popular ABS, Inc. Mor wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank N.A., as Trustee for the benefit of the Certificate holders of Popular ABS, Inc. Mor wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| SARAH K. MCCAFFERY | on behalf of Creditor AMBER MURPHY CRYSTAL MURPHY AND DYLAN MURPHY ckohn@hoflawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Deidre Lee Patterson<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-11464-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED with prejudice and Debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court FOR A PERIOD OF TWO YEARS.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 12, 2023**

                                          PATRICIA M. MAYER
                                          U.S. BANKRUPTCY JUDGE