## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Deidre Lee Patterson | : | Chapter 13 |
| | : | Case No.22-11464-PMM |
| Debtor(s) | : | |

### ENTRY/WITHDRAW OF APPEARNCE

TO THE COURT:

    Please enter the appearance of Brad J. Sadek, Esquire, on behalf of the debtor in the above captioned matter.

DATED: 3/9/2023

    */S/ Brad J. Sadek*
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008