**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Deidre Lee Patterson | : | Chapter 13 |
| | : | Case No.22-11464-PMM |
| Debtor(s) | : | |

**ORDER GRANTING DEBTOR'S REQUEST FOR AN EXPEDITED HEARING**

And now, upon consideration of the Debtor's Motion for an Expedited Hearing to hear the Emergency Motion for Leave of Court to Allow a Subsequent Bankruptcy Filing, it is hereby:

ORDERED and DECREED that a hearing will take place on:

Date:_____

Time:_____

Debtor's counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Trustee.

FURTHER ORDERED:


Dated:_____        _____
                                    HONORABLE PATRICIA M. MAYER
                                    UNITED STATES BANKRUPTCY JUDGE