**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Deidre Lee Patterson | : | Chapter 13 |
| | : | Case No.22-11464-PMM |
| Debtor(s) | : | |

**ORDER GRANTING DEBTOR'S MOTION FOR LEAVE OF COURT**
**TO FILE A SUBSEQUENT BANKRUPTCY MATTER**

AND NOW, upon consideration of the Debtor's Emergency Motion for Leave of Court to Allow a Subsequent Bankruptcy Filing, it is hereby:

ORDER and DECREED that based on the Debtor's Emergency Motion for Leave of Court to Allow a Subsequent Bankruptcy Filing and any response and hearing thereon, that said Motion shall be GRANTED and the Debtor may file a subsequent bankruptcy matter after the entry of this Order.

FUTHER ORDERED:

Dated:_____                    _____
                                               HONORABLE PATRICIA M. MAYER
                                               UNITED STATES BANKRUPTCY JUDGE