IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Deidre Lee Patterson | : | Chapter 13 |
| | : | Case No.22-11464-PMM |
|    Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on the date indicated below I served a true and correct copy of the <u>Emergency Motion for Leave of Court to Allow a Subsequent Bankruptcy Filing</u> by electronic means and/or regular US Mail to the following, as well as all other interested parties:

**Wilmington Trust Company**
**c/o Andrew L. Spivack**
Brock and Scott PLLC
1315 Westbrook Plaza Drive, Ste 100
Winston Salem, NC 27103
Email: Andrew.spivack@brockandscott.com

**Amber Murphy, Crystal Murphy, and Dylan Murphy**
**c/o Sarah K. McCaffery**
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Email: smccaffery@hoflawgroup.com

**Scott F. Waterman**
**Chapter 13 Trustee**
2901 St. Lawrence Ave, Ste 100
Reading, PA 19606
Electronic Service


 March 9, 2023                                    */s/ Brad J. Sadek, Esquire*
                                                             Brad J. Sadek, Esquire
                                                             Attorney for Debtor