IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Deidre Lee Patterson, | : | Chapter 13 |
| | : | |
|    Debtor. | : | Case No. 22-11464PMM |
| | : | |

### ORDER DENYING MOTION FOR LEAVE OF COURT
### TO ALLOW SUBSEQUENT BANKRUPTCY FILING

AND NOW, upon consideration of the Emergency Motion of Deidre Lee Patterson ("Debtor") for leave to file a subsequent Chapter 13 bankruptcy petition,

AND, Debtor having filed a total of five Chapter 13 bankruptcy cases since 2010, none of which resulted in a confirmed plan,

AND, a bar order having been imposed by this Court on March 9, 2020 requiring leave of court prior to any subsequent filing,

AND, Debtor's most recent filed case having been dismissed on a Trustee's motion for failure to make plan payments following the entry of relief orders in favor of Debtor's secured creditors,

AND, this Court finding that the Debtor's reasons listed in the instant motion are insufficient to warrant leave for re-filing,

It is hereby ORDERED that Debtor's motion is **DENIED** and Debtor is **NOT** permitted to file a new bankruptcy case at this time.

                                                                              Patricia M. Mayer, Judge
                                                                              United States Bankruptcy Court

Dated: March 9, 2023