United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11464-pmm |
| Deidre Lee Patterson | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Deidre Lee Patterson, 927 Vernon Street, Bethlehem, PA 18015-2922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

**Name**   **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE TO THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK  N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORT andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com

BRAD J. SADEK
    on behalf of Debtor Deidre Lee Patterson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHARLES LAPUTKA

on behalf of Debtor Deidre Lee Patterson claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor US Bank Trust National Association cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Bethlehem Area School District and City of Bethlehem jwood@portnoffonline.com jwood@ecf.inforuptcy.com

MARIO J. HANYON
    on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank  N.A., as Trustee for the benefit of the Certificate holders of Popular ABS, Inc. Mor wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMor wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
    on behalf of Creditor Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank  N.A., as Trustee for the benefit of the Certificate holders of Popular ABS, Inc. Mor wbecf@brockandscott.com, matthew.fissel@brockandscott.com

SARAH K. MCCAFFERY
    on behalf of Creditor AMBER MURPHY  CRYSTAL MURPHY AND DYLAN MURPHY ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Deidre Lee Patterson, | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No. 22-11464PMM |
| | : | |

**ORDER DENYING MOTION FOR LEAVE OF COURT**
**TO ALLOW SUBSEQUENT BANKRUPTCY FILING**

AND NOW, upon consideration of the Emergency Motion of Deidre Lee Patterson ("Debtor") for leave to file a subsequent Chapter 13 bankruptcy petition,

AND, Debtor having filed a total of five Chapter 13 bankruptcy cases since 2010, none of which resulted in a confirmed plan,

AND, a bar order having been imposed by this Court on March 9, 2020 requiring leave of court prior to any subsequent filing,

AND, Debtor's most recent filed case having been dismissed on a Trustee's motion for failure to make plan payments following the entry of relief orders in favor of Debtor's secured creditors,

AND, this Court finding that the Debtor's reasons listed in the instant motion are insufficient to warrant leave for re-filing,

It is hereby ORDERED that Debtor's motion is **DENIED** and Debtor is **NOT** permitted to file a new bankruptcy case at this time.

*Patricia M. Mayer*

Patricia M. Mayer, Judge
United States Bankruptcy Court

Dated:  March 9, 2023